IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RORY JUSTIN CYPERS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BANKCARD CENTRAL LLC, a Texas limited liability company; PAYMENT HOLDINGS LLC., a Texas limited liability company; LARRY DANIELS, an individual; REV 19 LLC, a Texas limited liability company; and Does 1 thru 20.<br><br>Defendants. | Case No.: 4:21-cv-00382-ALM<br><br>Jury Trial Demanded |

**PLAINTIFF'S REQUEST FOR THE COURT TO SELECT THE MEDIATOR AND REQUEST FOR STATUS CONFERENCE**

Plaintiff Rory Justin Cypers, through his counsel, herby submit this Request for the Court to Select the Mediator and Request for Status Conference.

**A.    Request for the Court to Select the Mediator**

According to the General Orders 92-16, 14-06 and the Scheduling Order, the Parties are to select a Mediator by January 7, 2022. However, the deadline and case was mistakenly terminated on October 6, 2021. The case was reopened on November 8, 2021 but the deadlines are still terminated. (Exhibit "A").  In light of the deadlines' termination, and the unknown new deadlines, Plaintiff hereby requests tthe court to select the mediator, if a new deadline is not set at the requested status conference. Plaintiff and his counsel are open to mediation but have not conferred with Defendants or on mediators and their selection.

//

1

### B. Request for Status Conference

On October 1, 2021, Kevin Wiley, counsel for Defendant entities PHI-BCC, LLC and Payment Holdings LLC , filed a *Motion To Withdraw As Attorney Of Record* (the "Withdrawal Motion") [Docket No. 29]. On October 4, 2021, the court issued a Notice of Deficiency that the Withdrawal Motion was missing a Certificate of Conference, and therefore should be disregarded and refiled. However, on October 6, 2021, the action was mistakenly terminated. On November 8, 2021, Plaintiffs' office noticed the termination in error and contacted the court, Judicial Assistant Terri Scott, who informed Plaintiffs' office that the case was accidently terminated. The case was reopened later that day.  However, as of this date, counsel for Defendant PHI-BCC, LLC, and Payment Holdings LLC has not corrected their deficiency, and Plaintiff's counsel is unclear at this point as to the contact person or attorney for these entities.

Given the above, Plaintiff's counsel requests a status conference to address the current status and to revise the terminated deadlines.

DATED: January 7, 2022.

By: _____
Kenneth J. Catanzarite
Texas Bar No. 03998600
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Telephone: (714) 520-5544
Facsimile: (714) 520-0680
kcatanzarite@catanzarite.com

Exhibit A

**4:21-cv-00382-ALM** Cypers v. Bankcard Central LLC et al
Amos L. Mazzant, III, presiding
**Date filed:** 05/18/2021
**Date of last filing:** 11/08/2021

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 11 | Rule 26 Meeting Report Deadlin | 07/14/2021 | 08/18/2021 | | 10/06/2021 |
| 11 | Scheduling Conference | 07/14/2021 | 09/01/2021 at 10:30 AM | | 08/24/2021 |
| 27 | Joinder of Parties Deadline | 08/30/2021 | 10/13/2021 | | 10/06/2021 |
| 27 | Amended Pleadings Deadline | 08/30/2021 | 11/24/2021 | | 10/06/2021 |
| 27 | Motions Deadline | 08/30/2021 | 12/08/2021 | | 10/06/2021 |
| 27 | Designation of Mediator due by | 08/30/2021 | 01/07/2022 | | 10/06/2021 |
| 27 | Mediation Completion Deadline | 08/30/2021 | 02/04/2022 | | 10/06/2021 |
| 27 | Discovery Deadline | 08/30/2021 | 02/16/2022 | | 10/06/2021 |
| 27 | Proposed Pretrial Order DDL | 08/30/2021 | 05/31/2022 | | 10/06/2021 |
| 27 | Jury Instructions | 08/30/2021 | 06/16/2022 | | 10/06/2021 |
| 27 | Final Pretrial Conference | 08/30/2021 | 06/30/2022 at 09:00 AM | | 10/06/2021 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/07/2022 14:17:17 | | | |
| **PACER Login:** | tjokeefe:6897272:0 | **Client Code:** | 2652.302 |
| **Description:** | Deadline/Hearings | **Search Criteria:** | 4:21-cv-00382-ALM |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S REQUEST FOR THE COURTTO SELECT THE MEDIATOR AND REQUEST FOR STATUS CONFERENCE** has been served on all counsel of record via the Court's ECF system on January 7, 2022.

Gary Dean Corley
garycorley@gcorleylaw.com

Matthew Kegan Davis
mdavis@jonesdavis.com

Jared Tyler Elk
jared@gcorleylaw.com

Scott Richard Meyer
smeyer@jonesdavis.com,orangeraider77@gmail.com

Kevin S Wiley , Jr
kevinwiley@lkswjr.com


COURTESY COPY TO COURT VIA OVERNIGHT DELIVERY:
Paul Brown United States Courthouse,
Judge Amos L. Mazzant, III
101 East Pecan Street,
SHERMAN, TX 75090

_____
Han B. Le